UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROBERT ALLEN CHRISTIE, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-280 |
| | ) | (VARLAN/SHIRLEY) |
| MAZDA MOTOR OF AMERICA, INC. | ) | |
| and MAZDA MOTOR CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 22] of the Honorable Thomas A. Varlan, United States District Judge, for disposition of the Plaintiff's Motion to Continue Trial Date [Doc. 19]. The undersigned conducted a hearing on this motion on June 8, 2005.

For good cause shown, Plaintiff's Motion to Continue Trial Date [Doc. 19] is **GRANTED**. The trial of this matter is continued to **May 23, 2006 at 9:00 a.m.** A final pretrial conference will be held before the Honorable Thomas A. Varlan on **May 11, 2006 at 1:30 p.m.** The parties shall submit a proposed Agreed Order regarding any changes which need to be made to the deadlines in the Court's Scheduling Order [Doc. 14] in light of the new trial date.

**IT IS SO ORDERED.**

ENTER:


     s/ C. Clifford Shirley, Jr.
United States Magistrate Judge